## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ORITANI BANK )
)
)
)
, )
)
**Plaintiff(s),** )
)
v. )
)
)
JONATHAN GREENWALD, ROBERT )      **Civil Action No. _____**
MAYNARD and MAYGREEN )
PROPERTIES LLC )
_____, )
)
**Defendant(s)/** )
**Third-Party Plaintiff(s),** )
)
v. )
)
)
)
)
, )
)
**Third-Party Defendant(s).** )
_____)

**FILED**
**SCRANTON**

MAR 1 8 2013

Per_____
DEPUTY CLERK

### DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff _____,
(type of party)

who is Oritani Bank _____, makes the following disclosure:
(name of party)

1.     Is the party a non-governmental corporate party?

☑ YES        ☐ NO

2.     If the answer to Number 1 is "yes," list below any parent corporation or state that there
       is no such corporation:

Oritani Financial Corporation

3.     If the answer to Number 1 is "yes," list below any publicly held corporation that owns
       10% or more of the party's stock or state that there is no such corporation:

None

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil
Procedure, it must promptly file a supplemental statement upon any change in the information that
this statement requires.

Signature of Counsel for Party

Date: 03/15/13